## SEEBERG S. S. LINE v. WILLIS.

(Decided April 6, 1916.)

APPEAL from Mobile Circuit Court.

Heard before Hon. S. B. BROWNE.

No counsel marked for appellant.   FRANCIS J. INGE, for appellee.

PER CURIAM.—Appeal dismissed for want of prosecution.

---

## STURDEVANT v. THE STATE.

(Decided May 30, 1916.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. WM. E. FORT.

No counsel marked for appellant.   W. L. MARTIN, Attorney General, for the State.

PELHAM, P. J.—No bill of exceptions, no error of record. Affirmed.

---

## SWEAT v. THE STATE.

(Decided June 8, 1916.)

APPEAL from Covington Circuit Court.

Heard before Hon. A. B. FOSTER.

No counsel marked for appellant.   W. L. MARTIN, Attorney General, for the State.

PER CURIAM.—Appeal dismissed.

---

## TARVER v. THE STATE.

(Decided May 18, 1916.)

APPEAL from Montgomery City Court.

Heard before Hon. C. P. MCINTYRE.

No counsel marked for appellant.   W. L. MARTIN, Attorney General, for the State.

PELHAM, P. J.—Appeal dismissed on motion of Attorney General.